# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　Plaintiff, )<br>vs. )<br>MARIO JACOB SAPP, )<br>　　　　　　　Defendant. )<br>_____ ) | Case No. 2:15-cr-00221-KJD-NJK<br><br>ORDER<br><br>(Docket No. 20) |

Pending before the Court is Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 20.  The Court hereby **SETS** a hearing on the motion for October 19, 2015, at 9:30 a.m. in Courtroom 3B.  Defendant and counsel must be present.

IT IS SO ORDERED.

DATED:   October 14, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge