1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00221-KJD-NJK |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 23) |
| MARIO JACOB SAPP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Defendant's unopposed motion to withdraw his stipulation to continue the October 19, 2015 hearing before the Court.  Docket No. 23.  The Court hereby **GRANTS** Defendant's motion.  Docket No. 23.  The stipulation at Docket No. 22 is withdrawn.

IT IS SO ORDERED.

DATED:   October 16, 2015.

NANCY J. KOPPE
United States Magistrate Judge