UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>              Plaintiff,                         )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>MARIO JACOB SAPP,                 )<br>                                                       )<br>              Defendant.                    )<br>                                                       ) | 2:15-cr-00221-KJD-NJK<br><br>**ORDER** |

On October 19, 2015, the Court granted the defendant's request that new counsel be appointed, as stated on the record.. Docket no. 26.

Accordingly,

IT IS HEREBY ORDERED that attorney, Karen C. Winckler, Esq., is APPOINTED as counsel to represent defendant Mario Jacob Sapp in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forward the file to Ms. Winckler forthwith.

DATED this 20th day of October, 2015.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE