1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )   Case No. 2:15-cr-221-KJD-NJK
         Plaintiff,       )
    v.                    )                ORDER
MARIO JACOB SAPP,         )   TRANSCRIPT TEMPORARILY UNSEALED
         Defendant.       )

Felicia Zabin, Transcriber, received an eVoucher AUTH 24 requesting a transcript of the Motion Hearing, held on 10/19/2015, from Karen C. Winckler, Esq. A portion of the Motion Hearing is SEALED. The AUTH 24 (#15775) was approved by Judge Foley on 11/23/2015.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Karen C. Winckler, Esq.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this  21st  day of  December , 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge

FELICIA R. ZABIN - (702) 676-1087