# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARIO JACOB SAPP,<br><br>                Defendant. | Case No. 2:15-cr-00221-KJD-NJK<br><br>ORDER<br><br>(Docket No. 49) |

Pending before the Court is Defendant's *ex parte* motion to dismiss counsel and appoint new counsel. Docket No. 49. The Court determines that, while the motion shall remain *ex parte* and sealed due to the information contained within it, the United States should be made aware of the hearing; therefore, this order is not being issued *ex parte* or sealed. The Court hereby **SETS** a hearing on the motion for February 11, 2016, at 3:00 p.m. in Courtroom 3D. Defendant and counsel must be present.

IT IS SO ORDERED.

DATED: February 10, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge