**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVANA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:15-cr-00221-KJD-NJK |
| vs. ) | |
| MARIO JACOB SAPP, ) | |
| ) | |
| Defendant. ) | **ORDER** |

On February 11, 2016, this Court granted the defendant's request that new counsel be appointed, as stated on the record. Docket no. 51.

Accordingly,

IT IS HEREBY ORDERED that attorney John George, Esq., is APPOINTED as counsel for MARIO JACOB SAPP in place of Karen C. Winckler, Esq., for all future proceedings.

Ms. Winckler's office shall forward the file to Mr. George forthwith.

DATED this  12th  day of February, 2016.

NUNC PRO TUNC DATE: February 11, 2016.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE