# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:15-cr-00221-KJD-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARIO JACOB SAPP, | ) | (Docket No. 62) |
| | ) | |
| Defendant. | ) | |

On February 12, 2016, the Court ordered a mental competency evaluation of Defendant Mario Jacob Sapp, pursuant to 18 U.S.C. §§ 4241(a) and 4242. Docket No. 52. For good cause shown, the Court hereby **GRANTS** Acting Warden D.K. White's request for an extension of Defendant's commitment to the Metropolitan Detention Center for the purpose of completing the ordered evaluation. Docket No. 62.

**IT IS ORDERED** that:

1.    In accordance with 18 U.S.C. §§ 4241 and 4242, the Court extends Defendant's commitment for a period of 15 days, so that the Bureau of Prisons' psychology staff can complete the necessary evaluation previously ordered by the Court.

2.    Defendant's commitment for the purpose of said evaulation commenced upon Defendant's arrival at the Metropolitan Detention Center, on March 18, 2016.

IT IS SO ORDERED.

DATED: April 6, 2016.

NANCY J. KOPPE
United States Magistrate Judge