# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO JACOB SAPP,

    Defendant.

Case No. 2:15-CR-00221-KJD-NJK

**ORDER**

    Presently before the Court is Defendant's Motion to Continue Trial (#79).  The Government has not filed a response, however according to Defendant, "the government opposes any continuation of the motion or trial dates." (#79 at 3).

    Defendant's Motion is predicated on his belief that "recent decisions made by United States District Judge Jennifer Dorsey have unwaveringly convinced [him] that his current situation has changed dramatically." Id.  Defendant fails to cite the cases to which he is referring.  This Court is aware of District Judge Dorsey's most recent decisions, none of which form a basis for Defendant's current position.

    Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Continue Trial (#79) is **DENIED**.

DATED this  6th  day of October 2016.

Kent J. Dawson
United States District Judge