UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>MARIO JACOB SAPP,<br><br>                 Defendant. | Case No. 2:15-cr-00221-KJD-NJK<br><br>ORDER<br><br>(Docket No. 112) |

      Pending before the Court is Defendant's motion for hearing regarding his motion to withdraw attorney.  Docket No. 112.  *See also* Docket No. 107 (motion to withdraw attorney).

      The Court GRANTS Defendant's motion for hearing.  Docket No. 112.  Accordingly, the Court **SETS** a hearing on Defendant's motion to withdraw attorney for January 10, 2017, at 10:00 a.m. in Courtroom 3A.  Defendant and counsel must be present.

      IT IS SO ORDERED.

      DATED:  January 6, 2017.

                                                                          _____<br>
                                                                        NANCY J. KOPPE<br>
                                                                        United States Magistrate Judge