# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>MARIO JACOB SAPP,<br><br>     Defendant. | Case No. 2:15-CR-00221-KJD-NJK<br><br>**ORDER** |

     Before the Court for consideration is Defendant's Motion for Continuance of Sentencing (#121). The Government filed a response in opposition (#122), to which Defendant replied (#123).

     The Government's response is predicated on the argument that the Defendant has not identified any legally-substantive reason why his sentencing should be continued, citing the Defendant's reasons that he has been "attempting to gain documents to support his position" and that he needed to "obtain an independent investigator and locate critical documents."

     While the Court is aware that Defendant has been provided pertinent files from his previous Counsel as well as possible delays affecting Defendant's receipt of documents due to his reliance on the U.S. Postal Service operating schedule, the Court is unpersuaded that a 90-day continuance is necessary.  The Court previously granted Defendant's Ex Parte Motion to issue CJA funds (#118). The funds have only recently disbursed to Defendant, thus a legitimate reason exists for a delay of sentencing.  However, the Court finds a continuance of thirty (30) days is sufficient.

///

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Continuance of Sentencing (#121) is **GRANTED;**

**IT IS FURTHER ORDERED** that Defendant's sentencing currently scheduled for March 21, 2017 at 9:00 a.m. be vacated and continued to Wednesday, April 19, 2017 at 9:00 a.m. in courtroom 4A.

DATED this __1st__ day of March 2017.

_____
Kent J. Dawson
United States District Judge