# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO JACOB SAPP,

    Defendant.

Case No. 2:15-CR-00221-KJD-NJK

**ORDER**

    Before the Court for consideration is Defendant's Motion for the Sworn in Oaths to All the Grand Jury Members and Prosecutor Phillip N. Smith, Jr. (#165). The Government did not file a response.

    Having read and considered the present Motion, the Court interprets Defendant's Motion as a request for the form of the grand jury oath and thus finds that Defendant's request is frivolous and entirely without merit. Further, Defendant's Motion is essentially a request for this Court to function as his personal private investigator or stand-by counsel by providing information to Defendant that is nonetheless readily available publicly.

    Accordingly, **IT IS THEREFORE ORDERED** that Defendant's Motion for the Sworn in Oaths to All the Grand Jury Members and Prosecutor Phillip N. Smith, Jr. (#165) is **DENIED**.

DATED this 12th day of May 2017.

_____
Kent J. Dawson
United States District Judge