IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-cr-221-KJD-NJK |
| Plaintiffs, ) | |
| v. ) | ORDER TEMPORARILY |
| MARIO JACOB SAPP, ) | UNSEALING AUDIO RECORDING |
| Defendant. ) | |

Lisa Rasmussen, CJA-appointed counsel, filed a Designation of Transcripts (#184). Of the transcripts requested, the following proceeding contains a sealed portion: Docket No. 51, Motion to Withdraw. The transcript is to be prepared by Felicia Zabin, Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Felicia Zabin and providing a copy of the transcript to Lisa Rasmussen, CJA-appointed counsel, as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED June 27 _____, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge