1
2
3
4
5
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
6

7  UNITED STATES OF AMERICA,                    2:15-CR-221-KJD-NJK

8              Plaintiff,                       **Final Order of Forfeiture**

9       v.

10 MARIO JACOB SAPP,

11              Defendant.

12      The United States District Court for the District of Nevada entered a Preliminary

13 Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C.

14 § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Mario Jacob Sapp to

15 the criminal offense, forfeiting the property set forth in the Plea Agreement and shown by

16 the United States to have the requisite nexus to the offense to which Mario Jacob Sapp pled

17 guilty. Plea Agreement, ECF No. 223; Change of Plea, ECF No. 225; Preliminary Order of

18 Forfeiture, ECF No. 234.

19      This Court finds that on the government's motion, the Court may at any time enter

20 an order of forfeiture or amend an existing order of forfeiture to include subsequently

21 located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and

22 32.2(b)(2)(C).

23      The government served every person reasonably identified as a potential claimant in

24 lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp.

25 Rule G(4)(a)(i)(A).

26      This Court finds the United States notified known third parties by personal service

27 of their right to petition the Court. Notice of Filing Service of Process – Personal Service,

28 ECF No. 243.

On July 29, 2021, the Bureau of Alcohol, Tobacco, Firearms and Explosives personally served Hearley Smith with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 243-1.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Taurus .40 caliber semi-automatic handgun bearing serial number SFP81883; and

2. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED <u>November 11, 2021.</u>

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE